DOGRA LAW GROUP
SHALINI DOGRA (309024)
2219 Main Street, Unit 239
Santa Monica, CA 90405
Telephone: (747) 234-6673
Facsimile: (310) 868-0170
E-mail: shalini@dogralawgroup.com

Attorney for Plaintiff
MARIA BOLANOS

WILSON TURNER KOSMO LLP
LOIS M. KOSCH (131859)
PATRICIA L. CLARK (346315)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: pclark@wilsonturnerkosmo.com

Attorneys for Defendant
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| MARIA BOLANOS, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a California and Tennessee Corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 5:23-cv-01666-DSF (SPx) <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Dale S. Fischer <br> Courtroom: 7D <br><br> Magistrate: Hon. Sheri Pym <br> Courtroom: 4 <br><br> Trial Date: September 9, 2025 <br> Complaint Filed: July 17, 2023 <br> FAC Filed: September 7, 2023 <br> SAC Filed: December 26, 2023 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff MARIA BOLANOS ("Plaintiff") and Defendant SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. ("Sedgwick" or "Defendant") (collectively "the Parties"), by and through their respective counsel of record, jointly write to advise this Court that they have reached a settlement of the above-captioned matter. Accordingly, the Parties respectfully request that the Court vacate all pending deadlines as set forth by the Court.

The Parties will promptly file an executed Stipulation of Dismissal once the settlement is complete. The Parties expect to file the dismissal within 45 days.

Dated:   July 29, 2024          **DOGRA LAW GROUP, PC**

                                By:   /s/ *Shalini Dogra*
                                      SHALINI DOGRA
                                      Attorneys for Plaintiff
                                      Maria Bolanos

Dated:   July 29, 2024          **WILSON TURNER KOSMO LLP**

                                By:   /s/ *Lois M. Kosch*
                                      LOIS M. KOSCH
                                      PATRICIA L. CLARK
                                      Attorneys for Defendant
                                      SEDGWICK CLAIMS MANAGEMENT
                                      SERVICES, INC.

**ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 29, 2024           /s/ *Lois M. Kosch*
                                LOIS M. KOSCH